**2014–0725.  Tan Pro, Inc. v. Testa.**

Board of Tax Appeals, No. 2010–A–2425. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint·motion to remand to the Tax Commissioner to implement a settlement, it is ordered by the court that the cause is remanded to the Tax Commissioner to take further action as appropriate.

It is further ordered that mandates be sent to and filed with the Board of Tax Appeals and the Tax Commissioner.

**2015–0055.  State v. Henton.**

Ashtabula App. No. 2014–A–0045, 2014-Ohio-5311. This cause was filed as a jurisdictional appeal. Upon consideration of appellant's memorandum in support of jurisdiction, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. 5.01.

It is ordered by the court that the clerk shall issue an order for the transmission of the record from the Court of Appeals for Ashtabula County, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07.

**2014–1581.  State v. Weddington.**

In Habeas Corpus. This cause originated in this court on the filing of a complaint for a writ of habeas corpus.

Upon consideration of petitioner's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**CLE–2004–64540.   In re Continuing Legal Edn. Suspension of Haas.**

On Report of the Commission on Continuing Legal Education. The recommendation of the commission is adopted, and Sheila Ann Haas, Attorney Registration No. 0064540, is reinstated to the practice of law in Ohio.

**2014–1892.   Luper, Neidenthal & Logan, L.P.A. v. Albany Station, L.L.C.**

Franklin App. No. 13AP–651, 2014-Ohio-2906. Upon consideration of appellant's motion to strike the memorandum in response of appellee, Luper, Neidenthal & Logan, L.P.A., it is ordered by the court that the motion is denied.

**2014–2049.  State v. Moore.**

Cuyahoga App. No. 99788, 2014-Ohio-5135. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellee/cross-appellant's application for dismissal of the cross-appeal, it is ordered by the court that the application for dismissal of the cross-appeal is granted. Accordingly, the cross-appeal is dismissed. The appeal remains pending.